AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Monty Marshall | ) |
| | ) |

Case No:  4:02cr2

USM No:  24805-083

| | |
|---|---|
| Date of Original Judgment: | 10/11/2002 |
| Date of Previous Amended Judgment: | 11/18/2009 |
| *(Use Date of Last Amended Judgment if Any)* | |

Stephen Ashton Hudgins
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of     300                                months **is reduced to**   238 months                        .

*(Complete Parts I and II of Page 2 when motion is granted)*

This term of imprisonment consists of a term of TWO HUNDRED THIRTY-EIGHT (238) Months on
Count 1, 5, 6, 7, 8, & 9, all to be served concurrently.

Except as otherwise provided, all provisions of the judgment dated     11/18/2009      shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   **DEC  –9  2014**

Robert G. Doumar
Senior United States District Judge
*Judge's signature*

Effective Date:      11/01/2015
*(if different from order date)*

United States District Judge Robert G. Doumar
*Printed name and title*