Prob 35 (Rev. 05/01)
VAE (Rev. 05/17)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.                                                           Crim. No. 4:02CR00002-001

MONTY MARSHALL
A/K/A "MUSTAFA"

On April 19, 2019, the above-named defendant was placed on supervised release for a period of FIVE (5) YEARS. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_/s/ Robyn S. Basilio_     6/22/2021
Robyn S. Basilio
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __22__ day of __JUNE__, 20__21__.

/s/ Robert G. Doumar
Senior United States District Judge

Robert G. Doumar
Senior U.S. District Judge

**TO CLERK'S OFFICE**